| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Scheindlin, Shira A. | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>07/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>USDC-SDNY<br>500 Pearl Street<br>New York, N.Y. 10007 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Justice Resource Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

2012 JUL 16  A 8: 50  RECEIVED  FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | West Services, Inc. Book Royalties | $3,886.00 |
| 2. 2011 | Yeshiva University | $17,000.00 |
| 3. 1/19/2011 | Art Sale | $21,120.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/12/2011 | State University of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 1/28/2011-1/29/2011 | Snowmass, CO | Speaker | Travel, Food, Lodging |
| 2. | Sedona Conference | 4/6/2011-4/10/2011 | Del Mar, CA | Speaker | Travel, Food, Lodging |
| 3. | Defense Research Institute | 5/18/2011-5/19/2011 | Scottsdale, AZ | Speaker | Travel, Food, Lodging |
| 4. | Sedona Conference | 6/19/2011-7/01/2011 | Lisbon, Portugal | Speaker | Travel, Food |
| 5. | Cohasset: Management of Electronic Records Conference | (/07/2011-9/08/2011 | Chacago, IL | Speaker | Travel,. Food, Lodging |
| 6. | Ontario Law Society | 9/19/2011 | Ontario, Canada | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

| 7. | Federation of Defense and Corporate Counsel | 9/21/2011-9/22/2011 | Philadelphia, PA | Speaker | Travel, Food, Lodging |
|---|---|---|---|---|---|
| 8. | Cornell Law School | 11/10/2011 | Ithaca, NY | Attend Meeting | Travel, Food, Lodging |
| 9. | Georgetown Law School: Advanced E-Discovery Institute | 11/16/2011-11/18-2011 | Washington DC | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #1, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. IRA Sentinal Cap Growth Fund Class A | A | Int./Div. | K | T | | | | | |
| 4. IRA Sentinel MidCap Growth Class A | | None | K | T | | | | | |
| 5. IRA Sentinel Intl Equity Class A | A | Int./Div. | K | T | | | | | |
| 6. IRA Sentinel Small Company A | | None | K | T | | | | | |
| 7. IRA Sentinel Common Stock Class A | A | Int./Div. | K | T | | | | | |
| 8. IRA Sentinel Gov't. Securities Class A | A | Int./Div. | K | T | | | | | |
| 9. IRA Sentinel Conservation Strategies Fund. Class A | A | Int./Div. | K | T | | | | | |
| 10. Teachers Insurance Annuity Association | G | Interest | P1 | T | | | | | |
| 11. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 12. Supplemental and Group Retirement Anuities | D | Interest | O | T | | | | | |
| 13. AXA Financial | A | Int./Div. | J | T | | | | | |
| 14. Vanguard Pacific Stock* | | None | | | Sold | 04/29/11 | J | A | |
| 15. Vanguard Int'l Growth Fund* | A | Dividend | J | T | Buy | 04/29/11 | J | | |
| 16. Pfizer | B | Dividend | L | T | | | | | |
| 17. Brooklyn Federal S&L | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brooklyn Federal S&L | A | Interest | J | T | | | | | |
| 19. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 20. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 21. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 22. Chase Manhattan Bank | A | Interest | M | T | | | | | |
| 23. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 24. Chase Manhattan Bank | A | Interest | L | T | | | | | |
| 25. NYS Local Gov't Assist. Corp. Series C | A | Interest | J | T | Sold (part) | 04/01/11 | J | | |
| 26. Fidelity Advantage Small Cap. | C | Dividend | K | T | | | | | |
| 27. Fidelity Advantage Mid Cap | A | Dividend | K | T | | | | | |
| 28. Brokerage Account #1 | | | | | | | | | |
| 29. Excelsior Directional Hedge Fund of Funds | | None | M | T | | | | | |
| 30. ASTON Montag & Caldwell Grth FD CL 1 | A | Dividend | K | T | | | | | |
| 31. ASTON Montag & Caldwell Grth FD CL 1 | C | Distribution | K | T | | | | | |
| 32. Columbia DIV. INC FD CLZ | B | Dividend | L | T | | | | | |
| 33. Columbia FDS SSR TR Value and Restructuring FD CL Z | B | Dividend | M | T | Sold (part) | 08/08/11 | K | | |
| 34. Columbia FDS SER TR 1 Select Opportunities FD CL Z* | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 07/09/2012 |
| Scheindlin, Shira A. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia FDS SER TR 1 Select LGE CAP Grth FD CL Z | B | Distribution | M | T | | | | | |
| 36. BOFA NY Tax Exempt Res. Tr. Cl.(inc. inv.) | A | Dividend | J | T | | | | | |
| 37. BOFA NY Tax Exempt Reserves Trust Class | A | Distribution | J | T | | | | | |
| 38. Columbia Small Cap Grth FD | C | Distribution | K | T | Sold (part) | 05/05/11 | K | D | |
| 39. Columbia Small Cap Value FD | A | Int./Div. | L | T | Sold (part) | 03/08/11 | K | E | |
| 40. Columbia Small Cap Value FD | A | Int./Div. | L | T | Sold (part) | 03/25/11 | K | D | |
| 41. Columbia Small Cap Value FD | A | Int./Div. | L | T | Sold (part) | 05/03/11 | K | E | |
| 42. Columbia Short Term Muni, Bd Fund Cl Z | A | Int./Div. | K | T | Buy | 05/03/11 | K | | |
| 43. Columbia NY Inter Muni Bd Fund Cl Z | D | Int./Div. | N | T | | | | | |
| 44. Janus Invest. FD Enterprize | A | Dividend | L | T | | | | | |
| 45. Lazard Fd. Inc. Emerg. Mkts. | A | Dividend | K | T | | | | | |
| 46. Lazard Fd. Inc. Emerg. Mkts. | A | Distribution | K | T | | | | | |
| 47. Thornburg Int. Value Fd | A | Int./Div. | K | T | | | | | |
| 48. Thornburg Int. Value Fd. | A | Dividend | K | T | Buy (add'l) | 03/25/11 | K | | |
| 49. Thornburg Int. Value Fd. | A | Dividend | K | T | Buy (add'l) | 05/03/11 | J | | |
| 50. Thornburg Int. Value Fd. | A | Dividend | K | T | Buy (add'l) | 05/05/11 | J | | |
| 51. Thornburg Int. Value Fd. | A | Dividend | K | T | Sold (part) | 09/19/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harbor Intl Fund | A | Int./Div. | K | T | Buy | 09/19/11 | K | | |
| 53. Hussman Inv. Strategic Growth fund | A | Int./Div. | K | T | Buy | 08/08/11 | K | | |
| 54. PIMCO Commodity Realreturn Strat. FD | A | Int./Div. | J | T | Buy | 03/09/11 | J | | |
| 55. PIMCO Commodity Realreturn Strat. FD | A | Distribution | J | T | Buy | 03/25/11 | K | | |
| 56. PIMCO Commodity Realreturn Strat. FD | A | Distribution | J | T | Sold (part) | 08/08/11 | K | | |
| 57. PIMCO Commodity Realreturn Strat. FD | A | Distribution | J | T | Sold (part) | 10/04/11 | K | | |
| 58. Vanuard REET ETF | A | Dividend | J | T | Buy | 05/09/11 | K | | |
| 59. Vanuard REET ETF | A | Dividend | J | T | Sold (part) | 10/06/11 | J | | |
| 60. Scottrade Acct. #1 | | | | | | | | | |
| 61. Barcly Bk MSCI India | | None | J | T | | | | | |
| 62. MSCI Pacific | A | Dividend | J | T | | | | | |
| 63. MSCI South Korea | A | Dividend | J | T | | | | | |
| 64. MSCI Mexico | A | Dividend | J | T | | | | | |
| 65. MSCI Hong Kong | A | Dividend | J | T | | | | | |
| 66. FTSE Xinhua China | A | Dividend | J | T | | | | | |
| 67. SPDR Gold Trust | | None | K | T | Sold (part) | 12/9/11 | J | | |
| 68. Brandywine Blue FD | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Harbor Bond Fund | A | Int./Div. | J | T | | | | | |
| 70. Long Leaf Partners Fund | A | Dividend | J | T | | | | | |
| 71. Perritt Micro Cap FD | | None | K | T | | | | | |
| 72. Scottrade Sweep US Bank NA | A | Dividend | J | T | | | | | |
| 73. Oakmark Select Fund | A | Int./Div. | J | T | | | | | |
| 74. Fairholme Fund | A | Int./Div. | J | T | | | | | |
| 75. SPDR Series trust KBWregl. B | A | Int./Div. | J | T | | | | | |
| 76. SPDR Series Trust KBWbkETF | A | Int./Div. | J | T | | | | | |
| 77. PIMCO Emerging Local Bond fund | A | Int./Div. | J | T | | | | | |
| 78. M& I marshall Ilsley Bank (sweep Acc't) | A | Int./Div. | J | T | | | | | |
| 79. Brokerage Acct. #2 | | | | | | | | | |
| 80. Huaneng PWR | A | Dividend | | | Sold | 04/21/11 | J | | |
| 81. Windstream | A | Dividend | J | T | | | | | |
| 82. Markwest | A | Dividend | J | T | | | | | |
| 83. SPDR Index SHS FDS INT (IPF-ETF) | A | Int./Div. | J | T | | | | | |
| 84. MSCI Hong Kong (EWH-ETF) | A | Int./Div. | J | T | | | | | |
| 85. SPDR Index SHS FDS S&P China (GXC) | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Claymore Exchange Traded Fund (TAN) | A | Int./Div. | J | T | | | | | |
| 87. FAIRX | A | Int./Div. | J | T | | | | | |
| 88. US Bank NA (sweep acc't) | A | Int./Div. | J | T | | | | | |
| 89. FNORX | A | Int./Div. | J | T | Buy | 04/14/11 | J | | |
| 90. FEMEX | A | Int./Div. | J | T | Buy | 04/14/11 | J | | |
| 91. FSEAX | A | Int./Div. | J | T | Buy | 05/02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII ll. 14, 15 Vanguard Pacific Fund was sold and Vanguard International Growth Fund Purchased, both on 4/29/2011. However, on last year's form I inadvertently listed the Vanguard International Growth Fund rather than the Pacific Fund.

Part VII l 34  In 2008, the Excelsior Equities Opportunities Fund became Columbia Select Opportunities Fund (March 28, 2008).  The fund was sold December 4, 2008 for a $30,000 loss and the monies transferred to the Ashton and Columbia Dividend Inc. Fund.. Columbia Select Opportunities Fund was listed properly on the2009 report but the sale, inadvertently, was not reported. It was therefore listed incorrectly on the 2010 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scheindlin, Shira A. | 07/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544